UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TERRY LEE MORRIS;<br>SGL MATERIALS INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:14-CV-00710-MCE-AC<br><br>**ORDER** |

　　　The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

　　　IT IS SO ORDERED.

Dated: September 25, 2015

_[signature]_
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Notice of Settlement　　　　　-1-　　　　　2:14-CV-00710-MCE-AC