UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>TERRY LEE MORRIS;<br>SGL MATERIALS INC., a<br>California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-00710-MCE-AC<br><br>**ORDER** |

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: October 20, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT